UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOE PANZA, *et al.*, | ) | Case No.: 1:17 CV 1342 |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| HEALTHCARE SERVICES GROUP, INC., | ) | |
| Defendant | ) | ORDER |

Pursuant to the Joint Motion filed by the parties, the court hereby grants the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice. The parties have resolved the matter, and the Settlement Agreement is hereby approved by the court as being fair, reasonable and adequate. Accordingly,

IT IS HEREBY ORDERED that the Settlement Agreement, as reflected in the document the parties submitted, is APPROVED , and

IT IS FURTHER ORDERED that this matter is dismissed, with prejudice.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

December 29, 2017